IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02374-WYD-MEH

DEVELOPERS SURETY AND INDEMNITY COMPANY,

    Plaintiff,

v.

STILLWATER-HENDERSON, LLC;
CENTURY CONSTRUCTION SERVICES CORPORATION;
JOHN K. DORWART; and
IRENE B. DORWART,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the parties' Stipulated Motion for Administrative Closure, filed May 15, 2008 (docket #9). The Court, having reviewed the Motion and being fully advised in the premises, hereby

FINDS that the parties have reached a settlement in this matter, pursuant to which the parties have agreed an Administrative Closure of the instant action for either one year from the entry of an appropriate Order by the Court, or thirty days after the conclusion of an anticipated lawsuit between the defendants and a third-party bank, whichever comes first; thus, it is

ORDERED that this matter is Administratively Closed until one year from the entry of this Order, or thirty days after the conclusion of an anticipated lawsuit between the defendants and a third-party bank, whichever comes first; it is

FURTHER ORDERED that within ten days after the expiration of the period of

Administrative Closure described above, the parties will file a Joint Motion to Dismiss the instant action, with prejudice, or the plaintiff will file a Confession of Judgment; it is

FURTHER ORDERED, that the defendant shall file a status report every sixty days from the date of this Order.

Dated: May 27, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge