IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02374-WYD-MEH

DEVELOPERS SURETY AND INDEMNITY COMPANY,

    Plaintiff,

v.

STILLWATER-HENDERSON, LLC;
CENTURY CONSTRUCTION SERVICES CORPORATION;
JOHN K. DORWART; and
IRENE B. DORWART,

    Defendants.

## ORDER

Pursuant to the Confession of Judgment submitted by Plaintiff on January 14, 2009 [doc. #15], it is hereby

ORDERED that this case be **REOPENED** from administrative closure and **DISMISSED WITH PREJUDICE**.

Dated: January 16, 2009

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge